UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA J. HANSON; an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TD BANK, N.A.; TRANS UNION, LLC;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; and DOES 1 though<br>10, inclusive,<br><br>　　　　Defendants. | Civil Action No. 1:15-cv-11645-LTS |

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
## LOCAL RULE 16.1(d)(3) CERTIFICATION

We, the undersigned, hereby certify that we have conferred:

(a)　with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of this litigation; and

(b)　to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

_____           /s/ Jonathon H. Roth
_____

Abril Turner                                                        Jonathon H. Roth (BBO# 684601)
Senior Counsel                                                  JONES DAY
Experian Information Solutions, Inc.              100 High Street, 21st Floor
                                                                         Boston, MA 02110
                                                                         Telephone: (617) 449-6911
                                                                         Facsimile: (617) 449-6999
                                                                         jhroth@jonesday.com

                                                                         *Counsel for Defendant*
                                                                         *Experian Information Solutions, Inc.*

Dated: July 22, 2015

**CERTIFICATE OF SERVICE**

      I, Jonathon H. Roth, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 23, 2015.

Dated:  July 23, 2015                           /s/ Jonathon H. Roth
                                                         Jonathon H. Roth