# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA J. HANSON; an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TD BANK, N.A.; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 1:15-cv-11645-LTS |

## VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT, T.D. BANK, N.A. ONLY

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Cynthia J. Hanson, through her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against defendant, T.D. Bank, N.A.

　　　　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,
　　　　　　　　　　　　　　　　　　　**PRICE LAW GROUP, APC**

Dated: July 29, 2015　　　　　　　　By: */s/ Murali Menon*
　　　　　　　　　　　　　　　　　　　Murali Menon, Esq.
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　CYNTHIA J. Hanson