UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

---

CYNTHIA J. HANSON,                                    CASE NO. 1:15-cv-11645-LTS
      Plaintiff,

   vs.

TD BANK, N.A.; TRANS UNION, LLC;
EXPERIAN INFORMATION
SOLUTION INC.; and DOES 1 through
10, inclusive;
      Defendants.

---

**JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND TRANS UNION, LLC**

---

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff Cynthia J. Hanson ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") only. Accordingly, Trans Union does not intend to participate at the Initial Scheduling Conference, currently scheduled in this matter for July 30, 2015 at 3:15 p.m., unless specifically requested to do so by the Court. Plaintiff and Trans Union shortly will file a Stipulation Of Dismissal With Prejudice and proposed Order, once the settlement is consummated.

                                          Respectfully submitted,

Date:  July 30, 2015              */s/ Murali M. Menon (with consent)*
                                        Murali M. Menon
                                        Price Law Group (North Hills)
                                        9009 Whitaker Avenue
                                        North Hills, CA 91343
                                        Telephone:  (310) 804-5126
                                        Fax: (818) 893-9347
                                        E-Mail:  augmenon@yahoo.com

                                        *Counsel for Plaintiff Cynthia J. Hanson*


Date:  July 30, 2015              */s/ Scott E. Brady*
                                        Scott E. Brady, Esq.
                                        (admitted *Pro Hac Vice*)
                                        Schuckit & Associates, P.C.
                                        4545 Northwestern Drive
                                        Zionsville, IN  46077
                                        Telephone:  (317) 363-2400
                                        Fax:  (317) 363-2257
                                        E-Mail:  sbrady@schuckitlaw.com

                                        *Lead Counsel for Defendant Trans Union, LLC*

                                        Mardic A. Marashian, Esq. (BBO #548607)
                                        Bonin & Marashian
                                        77 Franklin Street
                                        Boston, MA  02110
                                        Telephone:  (617) 723-2525
                                        Fax:  (617) 723-3163
                                        E-Mail:  mardic@boninmarashian.com

                                        *Local Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **30th day of July, 2015**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Murali M. Menon, Esq. augmenon@yahoo.com | Jonathan H. Roth, Esq. jhroth@jonesday.com |
| Jennifer Mikels, Esq. jlmikels@duanemorris.com | Patricia R. Rich, Esq. prich@duanemorris.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **30th day of July, 2015**, properly addressed as follows:

| | |
|---|---|
| None. | |

*/s/ Scott E. Brady*
Scott E. Brady, Esq.
(admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  sbrady@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*