UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CYNTHIA J. HANSON; an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>TD BANK, N.A.; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 1:15-cv-11645-LTS |

## NOTICE OF SETTLEMENT

Plaintiff, Cynthia J. Hanson, by and through her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendant, Experian Information Solutions, Inc. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 20 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

RESPECTFULLY SUBMITTED,
**PRICE LAW GROUP, APC**

Dated: November 2, 2015            By: */s/ Murali Menon*
                                   Murali Menon, Esq.
                                   Attorney for Plaintiff,
                                   CYNTHIA J. Hanson